*Arthur W. Parsons et al., adm'rs &c.* v. *John Hughes et al.* CHAS. EDWARDS, for complainants; E. H. BLATCHFORD and G. WOOD, for defendants. Plea allowed, and bill dismissed, with costs; unless the complainants think proper to take issue upon it, as provided by the 47th rule. The dismissal to be without prejudice to the defence which the complainants may think proper to make to any suit by the defendant John Hughes to open the settlement and adjustment of the partnership concerns.

*Elisha Morrill, public administrator, &c.* v. *Waldron B. Post et al.* A. NASH, for complainant; J. P. HALL, for defendants. Decree appealed from affirmed, with costs.

*Simeon B. Jewett et al.* v. *The Albany City Bank et al.* J. V. L. PRUYN, for appellants; C. STEVENS, for respondents. In this case the court decided that a vice chancellor is not authorised to treat a regular order of the chancellor made upon appeal, as a nullity; on the ground that the chancellor was interested in the cause, as a stockholder of a corporation which was a party to the suit. *Orders, whether void or voidable.*

That such an order is not void, but voidable only by an appeal to the court of errors.

Order suppressing depositions reversed; but the order to close the proofs vacated or opened for the purpose giving the complainants an opportunity to cross examine the witnesses. Neither party to have costs as against the other.